City of Buffalo, Respondent, v. County of Erie, Appellant.— Judgment affirmed, with costs. See opinion by Lambert, J., in case of *People ex rel. City of Tonawanda* v. *Fitzhenry* (170 App. Div. 227), handed down this day. All concurred.

Frank C. Krug, Appellant, v. Homer D. Bliss, Respondent.— Motion to amend record on appeal granted.

Abbie Beigler, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frederick C. Tochterman, as Administrator, etc., Plaintiff, v. The Lewiston and Lake Ontario Shore Power Company and Another, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs. All concurred.

Elsie L. Fix, an Infant, by Henry Fix, Her Guardian ad Litem, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Appraisal of the Estate of Isabel Caldwell, Deceased, under the Acts in Relation to the Taxable Transfers of Property. Edward B. Cash and Another, Individually and as Administrators, etc., Appellants; The Comptroller of the State of New York, Respondent.— Order affirmed, with costs. All concurred.

Catharine A. Greenwood, as Administratrix, etc., Appellant, v. Lehigh Valley Railroad Company, Respondent.— Motion granted and appeal dismissed, with costs.

William T. Orford, Appellant, v. J. S. Briggs Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Charles M. Lane, Respondent, v. Thomas W. Finucane and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

James M. E. O'Grady, Respondent, v. Thomas W. Finucane and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

The People of the State of New York, Respondent, v. Mary Guiley, Appellant.— Judgment and orders affirmed. All concurred.

The People of the State of New York, Respondent, v. James Van Every, Appellant.— Judgment and orders affirmed. All concurred.

Elsie H. Bird and Another, as Executors, etc., Respondents, v. International Railway Company, Appellant, Impleaded with Another.— Judg-